NOT FOR PUBLICATION

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALBERT MANETTI and BARBARA MANETTI, :<br>:<br>Plaintiffs, :<br>: Civil Action No. 14-1573 (JAP)<br>-v- :<br>: **ORDER ADOPTING THE REPORT**<br>NARRAGANSETT BAY INSURANCE : **AND RECOMMENDATION OF THE**<br>COMPANY, : **MAGISTRATE JUDGE**<br>:<br>Defendant. : | |

This matter having come before the Court on the Report and Recommendation of the Honorable Tonianne J. Bongiovanni, United States Magistrate Judge, filed on October 10, 2014 [ECF No. 10] with regard to the motion to dismiss [ECF No. 8] filed by Defendant, Narragansett Bay Insurance Company ("Defendant"); and the Court having received no objections pursuant to L. Civ. R. 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

**IT IS ON** this 28th day of September, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni filed on October 10, 2014 [ECF No. 10], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; accordingly it is further

**ORDERED** that Defendant's Motion to Dismiss [ECF No. 8] is **GRANTED** as set forth in the Report and Recommendation.  Plaintiffs' Complaint is dismissed with prejudice.

**SO ORDERED.**

/s/ JOEL A. PISANO
United States District Judge